UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL WALTON,

      Plaintiff,

                                Case No. 1:24-cv-1031

v.

                                HONORABLE PAUL L. MALONEY

TEG, SOMERSET PARK, LLC, et al.,

      Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**

This Court having issued a Notice of Intent to Dismiss for failure to provide documents effectuating settlement on July 21, 2025 (ECF No. 40), and having received no response from either party:

**IT IS HEREBY ORDERED** that this matter **DISMISSED** without prejudice.

Dated:  August 7, 2025                                  _/s/  Paul L. Maloney_____
                                                Paul L. Maloney
                                                United States District Judge